ILND 450 (Rev. 04/29/2010) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Valerie Kinman,

Plaintiff(s),

v.

The Kroger Co.,

Defendant(s).

Case No.  21-cv-01154
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) The Kroger Co.
and against plaintiff(s) Valerie Kinman

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins on a motion for summary judgment.

Date:  3/20/2024

Thomas G. Bruton, Clerk of Court

Kerwin Posley, Deputy Clerk